HARRY S. LESSER, Appellant, v. NEWBURGH TRANSFER AND STORAGE COMPANY, INC., Respondent. NEWBURGH TRANSFER AND STORAGE COMPANY, INC., Respondent, v. HARRY S. LESSER, Appellant. FRANK FOWLER, Respondent, v. HARRY S. LESSER, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT E. BERGMAN, as Administrator, etc., of EMMA F. BUNTING, Deceased. GEORGE ROBERT BUNTING, Petitioner, Appellant; EMMA J. BERGMAN, as Administratrix, etc., of ROBERT E. BERGMAN, Deceased, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to renewal of motion if, after determination of the issues to be tried in connection with the other accountings, it shall appear necessary to have the decree dated November 20, 1922, vacated. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MANUFACTURERS TRUST COMPANY, as Trustee under Trust Agreement, Dated April 4, 1919, Made by HERMAN SIMON, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor and Trustee, etc., of HERMAN SIMON, Deceased, Appellant, and MALVIN LICHTER, as Administrator, etc., of CONSTANCE LICHTER, Deceased, Respondent.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse the judgment to the extent appealed from and to direct judgment in favor of the Chase National Bank of the City of New York, as executor and trustee under the will of Herman Simon, deceased.

JOSEPH KURUCZ, Individually, and JOSEPH KURUCZ, as Administrator, etc., of SUSAN KURUCZ, Appellant, v. MANDEL WEINSTEIN, Respondent.— Order unanimously modified by directing the clerk to place the case on the non-jury calendar instead of on the jury calendar, upon compliance with the terms imposed, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

TRUTONOPHONE, INC., Respondent, v. WESTCHESTER FIRE INSURANCE COMPANY OF NEW YORK and THE SEA INSURANCE COMPANY LIMITED OF LIVERPOOL, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to vacate items 1, 2, 3, 4 and 5 granted. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLIAN DUDREY, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs and the costs awarded by the Appellate Term. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HERMAN H. WALTHER, Appellant, v. HOWARD C. HIRSCH and Others, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.